U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 1 8 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

**SEALED**

# United States District Court

**NORTHERN** _____ **DISTRICT** OF

**TEXAS** _____

### In the Matter of the Search of

(Name, address or Brief description of person, property or premises to be searched)

(1) Cricket ZTE cellular telephone, blue in color, model number Z740G, serial number 327B416830AD;
(2) Motorola Cricket cellular telephone, black in color, model number XT 1527, serial number TA09303Y91;
(3) Motorola Cricket cellular telephone, black in color, model number XT 1527, serial number TA09303QYA;
(4) Metro PCS Hydro XTRM Kyocera cellular telephone, black in color, model number C6522N, serial number 013755002135121;
(5) Motorola Cricket cellular telephone, black in color, model number Moto G, serial number TA46308EZS;
(6) Motorola ZTE cellular telephone, black in color, model number Z995, serial number 322441434463; and
(7) T-Mobile BlackBerry Curve cellular telephone, black in color, model RFE71UW, serial number CE0168

**APPLICATION AND AFFIDAVIT**

**FOR SEARCH WARRANT**

**CASE NUMBER:** 3:15 mj 335 - BN

I, Carlos Hernandez, being duly sworn depose and say:

I am a(n) Special Agent with the Drug Enforcement Agency and have reason to believe that on the property known as (name, description and/or location)

### (SEE ATTACHMENT A).

in   the  _____ **NORTHERN** _____  District   of

**TEXAS** _____   there is now concealed a certain person or property, namely (describe the person or property to be seized)

### (SEE ATTACHMENT B).

**which is** (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

property that constitutes evidence of the commission of a crime, contraband, the fruits of crime, and is, otherwise, criminally possessed, **concerning a violation of Title 21 United States code, Section(s) 841 and 846.**   The facts to support a finding of Probable Cause are as follows:

### (SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT Carlos Hernandez)

Continued on the attached sheet and made a part hereof.       XX Yes _____ No

**Signature of Affiant**

Carlos Hernandez

Special Agent, DEA

Sworn to before me, and subscribed in my presence

5/18/2015

**Date**

**DAVID L. HORAN**

United States Magistrate Judge

**Name and Title of Judicial Officer**

at _____   Dallas, Texas

**City and State**

**Signature of Judicial Officer**

## AFFIDAVIT IN SUPPORT OF APPLCIATION FOR SEARCH WARRANT

I, Carlos R. Hernandez, Special Agent with the United States Drug Enforcement Administration (DEA), do depose and state under oath the following:

1.      I am a Special Agent with the United States Department of Justice, Drug Enforcement Administration (DEA) assigned to the Dallas Field Division Office (DFD). I have been employed with the DEA since August 1997. Before joining the DEA, I was a Special Agent with the United States Air Force Office of Special Investigations (AFOSI) for approximately seven (7) years. As a Special Agent with DEA, I am authorized to investigate violations of the Controlled Substances Act, 21 USC §§ 801 *et. seq.* My training includes a 16-week new DEA Special Agent Academy located at Quantico, Virginia. I have also had training and have participated in applying for and executing search warrants, complaints, and indictments for narcotics trafficking. I have training and have participated in Title III investigations and electronic surveillance. My investigations have ranged from simple drug possession to complex criminal conspiracies.

2.      This affidavit is submitted for a search warrant for the following personal property in the Northern District of Texas currently in the custody of the Drug Enforcement Administration Dallas Field Division Non-Drug Evidence custodian's vault at 10160 Technology Blvd East, Dallas, TX 75220:

a. **TARGET DEVICE #1** is one (1) Cricket ZTE cellular telephone, blue

**Affidavit – Page 1**

in color, model number Z740G, serial number 327B416830AD;

b. **TARGET DEVICE #2** is  one (1)  Motorola Cricket cellular telephone, black in color, model number XT 1527, serial number TA09303Y91;

c.  **TARGET DEVICE #3** is one (1) Motorola Cricket cellular telephone, black in color, model number XT 1527, serial number TA09303QYA;

d. **TARGET DEVICE #4** is one (1) Metro PCS Hydro XTRM Kyocera cellular telephone, black in color,  model number C6522N, serial number 013755002135121;

e. **TARGET DEVICE #5** is one (1) Motorola Cricket cellular telephone, black in color, model number Moto G, serial number TA46308EZS

f. **TARGET DEVICE #6** is one (1) Motorola ZTE cellular telephone, black in color, model number Z995, serial number 322441434463; and

g. **TARGET DEVICE #7** is one (1) T-Mobile BlackBerry Curve cellular telephone, black in color, model RFE71UW, serial number CE0168.

(Together, refered to as the "**TARGET DEVICES**.")  I believe there is probable cause that the **TARGET DEVICES** contain evidence, fruits, and instrumentalities of drug trafficking in violation of 21 U.S.C. §§ 841(a)(a), 843, and 846.  This search warrant is for the seizure of physical evidence used or intended to be used or to facilitate the commission of the above-referenced offenses.  In support, I submit the following information which is based on my own personal observations, and those of other law enforcement officers involved in this investigation.  Because this Affidavit is submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me

**Affidavit – Page 2**

concerning this investigation, but only those facts that I believe are necessary to establish probable cause.

## FACTS

3.      Affiant has been investigating the drug-trafficking activities of Ignacio Andrade-Lopez and his drug-trafficking organization suspected to be distributing multi-pound and ounce quantities of methamphetamine in the Dallas, Texas area.  On April 2, 2015, a federal search warrant was executed at a residence associated with Ignacio Andrade-Lopez located at 646 Meadowglen Drive, Duncanville, Dallas County, Northern District of Texas. At the direction of affiant, investigators seized **TARGET DEVICE #1** from the main bedroom found lying on the bed, **TARGET DEVICE #2** from the guest bedroom lying on the floor next to suspected large quantities of suspected crystal methamphetamine, **TARGET DEVICE #3** from the main bedroom found lying on the floor, **TARGET DEVICE #4** from the main bedroom found lying on the lower right closet shelf, and **TARGET DEVICE #5**, **TARGET DEVICE #6**, and **TARGET DEVICE #7** all found on the shelf of the upstairs bedroom closet.  The seven **TARGET DEVICES** were seized and placed into evidence for further analysis and exploitation.  These **TARGET DEVICES** are in the custody of the Drug Enforcement Administration (DEA) Dallas Field Division Non-Drug Evidence Custodian's vault and will be forensically examined by personnel at the Drug

**Affidavit – Page 3**

Enforcement Administration and the Federal Bureau of Investigations North Texas Regional Forensic Crime Laboratory (NTRFCL), Dallas, Texas.

4. On April 2, 2015, following the execution of a search warrant at 646 Meadowglen, Duncanville, Texas, a residence known to be visited by Andrade-Lopez, approximately 6,241 grams of suspected methamphetamine was found, seized and submitted to the DEA South Central Laboratory, Dallas, Texas, for analysis and safekeeping. A field test of the substance seized from the residence indicated positive for the presence of methamphetamine. In addition to the drugs seized, both Wilber Farias-Lopez and Manuel Montero-Orozco were inside the residence and arrested pending criminal prosecution.

5. Affiant knows from his experience and training that individuals engaged in drug trafficking activities such as Andrade-Lopez and others often send and receive text messages regarding narcotics sales, make and receive telephone calls regarding narcotics sales and take photographs and videos of themselves possessing narcotics, firearms and U.S. currency. Affiant believes that the seven cellular telephones described above that were seized from 646 Meadowglen, Duncanville, Dallas County, Texas, contain additional evidence related to methamphetamine trafficking and other criminal offenses or behavior and seeks permission from the court to conduct a forensic analysis of the suspects cellular telephones described above.

**Affidavit – Page 4**

## CONCLUSION

6.       WHEREFORE, I respectfully submit that there is probable cause to
believe that evidence, fruits, and instrumentalities of violations of federal narcotics
laws (specifically, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 843, and 21 U.S.C. § 846( are
contained in **TARGET DEVICE #1, TARGET DEVICE #2, TARGET DEVICE
#3 TARGET DEVICE #4, TARGET DEVICE #5, TARGET DEVICE #6,** and
**TARGET DEVICE #7.**   I respectfully request that the court issue a warrant
authorizing the search of the "PERSONAL PROPERTY" as further described in
Attachment A for the items further described in Attachment B.

_____ SA DEA
SA Carlos Hernandez
Drug Enforcement Administration


Sworn to before me this ___18th___ day of May, 2015.

_____
HON. DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS


**Affidavit – Page 5**

## ATTACHMENT A

The items to be searched are as follows:

**TARGET DEVICE #1** is one (1) Cricket ZTE cellular telephone, blue in color, model number Z740G, serial number 327B416830AD;

**TARGET DEVICE #2** is one (1)  Motorola Cricket cellular telephone, black in color, model number XT 1527, serial number TA09303Y91;

**TARGET DEVICE #3** is one (1) Motorola Cricket cellular telephone, black in color, model number XT 1527, serial number TA09303QYA;

**TARGET DEVICE #4** is one (1) Metro PCS Hydro XTRM Kyocera cellular telephone, black in color, model number C6522N, serial number 013755002135121;

**TARGET DEVICE #5** is one (1) Motorola Cricket cellular telephone, black in color, model number Moto G, serial number TA46308EZS;

**TARGET DEVICE #6** is one (1) Motorola ZTE cellular telephone, black in color, model number Z995, serial number 322441434463; and

**TARGET DEVICE #7** is one (1) T-Mobile BlackBerry Curve cellular telephone, black in color, model RFE71UW, serial number CE0168.

All **TARGET DEVICES** are secured at the Drug Enforcement Administration Dallas Field Division Non-Drug Evidence custodian's vault at 10160 Technology Blvd East, Dallas, TX 75220.

## ATTACHMENT B

All records on **TARGET DEVICE #1, TARGET DEVICE #2, TARGET DEVICE #3 TARGET DEVICE #4, TARGET DEVICE #5, TARGET DEVICE #6, and TARGET DEVICE #7** as described in **Attachment A** that relate to violations of 21 U.S.C. § 841(a)(1) and 846 (possession with intent to distribute a controlled substance and conspiracy to do the same)  including:

    a.  lists of customers and related identifying information;

    b.  text messages and other non-verbal communications stored on the **TARGET DEVICES** associated with the possession and/or distribution of controlled substances and its related proceeds;

    c.  records of incoming and outgoing calls received and placed;

    d.  types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

    e.  any information related to sources and /or recipients of drugs (including names, addresses, phone numbers, or any other identifying information);

    f.  any information recording defendants and known, unknown co-conspirators' schedule or travel , i.e., whereabouts;

    g.  any and all bank records, checks, credit card bills, account information, and other financial records;

    h.  any and all photographs relating to the  to the possession and/or distribution of controlled substances;

    i.  Evidence of user attribution showing who used or owned the **TARGET DEVICES** at the times described in the affidavit such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.